[No. 12874-8-II. Division Two. December 26, 1990.]

*In the Matter of the Marriage of* JACK H. LOWNEY, *Appellant, and* DORIS J. LOWNEY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 88-3-01820-0, Rosanne Buckner, J., entered

May 12, 1989. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Morgan, JJ.